PS 8

Rev. 10/2005

# UNITED STATES DISTRICT COURT

## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Yu Xue                                                                                       Docket No. 2:16CR22-001

Petition for Action on Conditions of Pretrial Release

      COMES NOW, Tara Sawicki, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Yu Xue, who was placed under pretrial release supervision by the Honorable Carol Sandra Moore Wells sitting in the Court at Philadelphia, on January 8, 2016, under the following conditions:

1. Report to Pretrial Services as directed.
2. Submit to random drug testing as directed by Pretrial Services. *On November 8, 2016, Your Honor removed the requirement that the defendant participate in random drug testing.*
3. Participate in the Location Monitoring via Home Detention at 254 Drummers Lane Wayne, PA. Defendant shall pay all or part of the cost of the court- ordered monitoring program in an amount to be specified by Pretrial Services. Defendant restricted to residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment(and for children); attorney visits; court appearances, court ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer. *On March 13, 2017, the defendant's condition of release will be modified to an 11:00 P.M. to 7:00 A.M. curfew and no requirements for electronic monitoring.*
4. Surrender/ Refrain from obtaining a passport.
5. Travel is restricted to the Eastern District of Pennsylvania. *On January 14, 2016, Your Honor modified the defendant's travel condition to include travel outside of the jurisdiction while awaiting trial for the express purpose of, and for no longer than necessary to, meet with counsel Peter Zeidenberg at his office located at 1717 K Street, NW, Washington D.C.*
6. Surrender/ Refrain from possessing a firearm.
7. No contact with codefendants, potential witnesses in this case, or individuals engaged in criminal activity.
8. Maintain residence at 254 Drummers Lane Wayne, PA with husband and children.

      Respectfully presenting petition for action of Court and for cause as follows:

1. Mrs. Xue has been on supervision since 2016 without incident or noncompliance. Pretrial Services has no reason to believe Mrs. Xue has violated her curfew.

2. Pretrial Services spoke with Assistant United States Attorney Katherine Driscoll who indicated having no objection to removing the defendant's court ordered curfew.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITION OF RELEASE TO INCLUDE: The defendant's curfew from 11 P.M. to 6 A.M. will be removed. All other conditions will remain in effect.

I declare under penalty of perjury that the foregoing is true and correct.
s/Tara Sawicki      U.S. Pretrial Services Officer

ORDER OF COURT

Considered and ordered this 29th day of April, 2020 and ordered filed and made a part of the records in the above case.

Place: Philadelphia

___S/ Joel H. Slomsky___
The Honorable Joel H. Slomsky
U.S. District Judge