IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YU XUE, et al.,<br><br>    Defendants. | CRIMINAL ACTION<br>NO. 16-22 |

**ORDER**

**AND NOW**, this 22nd day of September 2020, upon consideration of the Government's Change of Plea Memorandum for Defendant Yu Xue (Doc. No. 234), the Government's Change of Plea Memorandum for Defendant Tao Li (Doc. No. 235), Defendant Yu Xue's Guilty Plea Agreement (Doc. No. 238), Defendant Tao Li's Guilty Plea Agreement (Doc. No. 241), the Government's Memorandum for the April 30, 2019 Hearing (Doc. No. 271), the arguments of counsel and the evidence presented by the parties at the hearing held from April 30, 2019 to May 2, 2019 (Doc. Nos. 274-76; 286-88), the Government's Memorandum on the Sentencing Guidelines Calculation (Doc. No. 290), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that no specific offense level enhancement under Section 2B1.1(b)(1) of the United States Sentencing Guidelines will be used at sentencing to raise Defendant Yu Xue or Defendant Tao Li's offense level.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1