IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>YU XUE,<br><br>          Defendant. | CRIMINAL ACTION<br>NO. 16-22-1 |

## ORDER

**AND NOW**, this 15th day of June 2021, upon consideration of Defendant Yu Xue's Unopposed Motion for Return of Property and Lifting of Lien (Doc. No. 348), it is **ORDERED** as follows:

1. Defendant's Motion (Doc. No. 348) is **GRANTED**.

2. The Clerk of Court is directed to:

    a. Return the United States passports belonging to Yu Xue, Yudong Liu, Ethan L. Liu, and Eden S. Liu;

    b. Return the expired Chinese passport belonging to Yudong Liu; and

    c. Lift the lien on the property located at 31 Knickerbocker Lane, Malvern, PA 19355.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.